George **MILHOAN**

v.

Mary Helen Gibbons De **LUCA**.

No. 5523.

United States Court of Appeals
Tenth Circuit.

Feb. 25, 1957.

Julius M. Friedrich and William H. Hazlitt, Denver, Colo. for appellant.

Myron H. Burnett, Denver, Colorado and Thomas J. Battis, St. Paul, Minn., for appellee.

Before BRATTON, Chief Judge.

PER CURIAM.

Appeal dismissed pursuant to stipulation of the parties.

Robert R. **STALIK**

v.

**UNITED STATES** of America et al.

No. 5532.

United States Court of Appeals
Tenth Circuit.

March 8, 1957.

Gus Rinehart, Oklahoma City, Okl., for appellant.

Wm. Walter Hentz, Oklahoma City, Oklahoma, George Cochran Doub, Asst. Atty. Gen., Paul A. Sweeney and Alan S. Rosenthal, Attorneys, Department of Justice, Washington, D. C., and Paul W. Cress, U. S. Atty., and H. Dale Cook, Asst. U. S. Atty., Oklahoma City, Okla., for appellees.

Before BRATTON, Chief Judge, and MURRAH and LEWIS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellees.